FILED

12/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0691



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0691

DETENTION OFFICERS,

      Plaintiffs and Appellants,

    v.

                          **ORDER OF MEDIATOR APPOINTMENT**

MISSOULA COUNTY, a political
subdivision of the State of Montana,

      Defendants and Appellees.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Matthew B. Hayhurst,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this December 28, 2023.

                                              _____

                           Bowen Greenwood, Clerk of the Supreme Court

c:     Jason Sean Ritchie, Michael Manning, Robert T. Bell, Lance Patrick Jasper